FILED
11/2/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

LM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **1:26-cr-00574** |
| | ) | Judge Andrea R. Wood |
| | ) | Magistrate Judge Keri L. Holleb Hotaling |
| v. | ) | RANDOM//Cat. 5 |
| | ) | Violation: Title 18, United States |
| | ) | Code, Section 2244(b) |
| MARCOS HUERTA | ) | |

**<u>COUNT ONE</u>**

The SPECIAL OCTOBER 2026 GRAND JURY charges:

On or about May 20, 2026, in the Northern District of Illinois, Eastern Division, and elsewhere,

MARCOS HUERTA,

defendant herein, while on an aircraft in the special aircraft jurisdiction of the United States, did knowingly engage in sexual contact with Victim A without Victim A's permission, that is, intentionally touching Victim A's breast and inner thigh with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person;

In violation of Title 18, United States Code, Section 2244(b).

A TRUE BILL:

________________________
FOREPERSON

______________________________
UNITED STATES ATTORNEY